# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED BY MAIL
SEP 0 5 2006
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

August 29, 2006

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

> *Heidi Treiber v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-2292 CEJ
> *Cammy Stover v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:06-238 DDN

Dear Mr. Woodward:

I am enclosing certified copies of two orders filed today by the Panel involving the above-captioned matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *[signature]*
Docket Specialist

Enclosure

cc: Transferee Judge: Judge Jack B. Weinstein
    Transferor Judges: Judge David D. Noce; Judge Carol E. Jackson; Judge Henry Edward Autrey

JPML Form 87



A CERTIFIED TRUE COPY

AUG 2 9 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1596*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

*Heidi Treiber v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:05-2292

## *ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE SEPTEMBER 28, 2006 HEARING SESSION*

A conditional transfer order was filed in this action (*Treiber*) on May 26, 2006. Prior to expiration of that order's 15-day stay of transmittal, defendant Dr. Thomas N. Thomas and plaintiff in *Treiber* filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. The Panel has now been advised that *Treiber* was remanded to the Circuit Court for the City of St. Louis, Missouri, by the Honorable Henry Edward Autrey in an order filed on August 25, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-51" filed on May 26 2006, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 10, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 9 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*Cammy Stover v. Janssen Pharmaceutica, L.P., et al.*, E.D. Missouri, C.A. No. 4:06-238

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE SEPTEMBER 28, 2006 HEARING SESSION

    A conditional transfer order was filed in this action (*Stover*) on June 21, 2006. Prior to expiration of that order's 15-day stay of transmittal, defendants Dr. Thomas N. Thomas and Dr. Alok Jain filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Stover* was remanded to the Circuit Court for the City of St. Louis, Missouri, by the Honorable Henry Edward Autrey in an order filed on August 25, 2006.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-55" filed on June 21, 2006, is VACATED.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 10, 2006, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman